**Electronically Filed
Supreme Court
SCWC-13-0000428
28-JUL-2016
03:41 PM**

SCWC-13-0000428

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the

THOMAS H. GENTRY REVOCABLE TRUST

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000428; TRUST NO. 02-1-0030)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Respondents-Appellees Mark L. Vorsatz and First Hawaiian Bank, as Co-Trustees of the Thomas H. Gentry Revocable Trust (Co-Trustees) timely filed a Motion for Reconsideration (Motion) on July 8, 2016, asking this court to reconsider our June 28, 2016 opinion (Opinion). Pursuant to this court's July 12, 2016 order, Petitioner-Appellant Kiana E. Gentry ("Kiana") timely filed a Response to Co-Trustees' Motion (Response).

This court, having reviewed the Motion, together with the Opinion, and the records and files in this case, and having fully considered the arguments set forth in the Motion and Response,

IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, July 28, 2016.

Margery Bronster and
Jae B. Park
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

Carroll S. Taylor and
Alan T. Yoshitake
for respondents

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2